| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Berman, Richard M | 2. Court or Organization U.S. District Court - S.D.N.Y. | 3. Date of Report 6/9/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. District Court 40 Centre Street New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED Jun 21 11 02 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citicorp | Mortgage on house Warren, CT | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 6/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property, Warren, CT | C | Rent | O | W | Rental | | | | |
| 2. Rental Property, East Hampton, NY (House & Cottage) | D | Rent | N | W | Rental | | | | |
| 3. Rental Property, East Hampton, NY | C | Rent | K | W | Rental | | | | |
| 4. Limited Partnership #1, Aztex (real estate) | A | Distribution | J | W | | | | | |
| 5. Limited Partnership #2, Balkhouse (real estate) | | None | J | W | | | | | See Note 1) in Part VIII |
| 6. Limited Partnership #3, Chestnut (real estate) | | None | J | W | | | | | |
| 7. Limited Partnership #4, 119 Development (real estate) | | None | J | W | | | | | |
| 8. Limited Partnership #5, Laurel (real estate) | | None | J | W | | | | | |
| 9. Limited Partnership #6, Franklin (real estate) | A | Distribution | J | W | | | | | |
| 10. Limited Partnership #7, Corinthian | | None | J | W | | | | | See Note 1) in Part VIII |
| 11. Limited Partnership #8, Corinthian II (oil & gas) | | None | J | W | | | | | See Note 1) in Part VIII |
| 12. Limited Partnership #9, Corum (oil & gas) | | None | J | W | | | | | See Note 1) in Part VIII |
| 13. Janus Fund (deferred compensation) | | None | J | T | | | | | |
| 14. T. Rowe Price Equity Income (deferred compensation) | A | Dividend | K | T | | | | | |
| 15. Vanguard (Windsor, 500 Index) | B | Dividend | L | T | | | | | |
| 16. Vanguard (Strategic Equity, U.S. Growth) | A | Dividend | L | T | Partial Sale | 12/11 | K | | |
| 17. U.S. Treasury Notes | E | Interest | P1 | T | Buy | 09/22 | N | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 6/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 18. NYC Tigers Municipal Bond (Water) | A | Interest | J | T | | | | | |
| 19. NYC GO Municipal Bond | A | Interest | K | W | Partial Sale | 10/01 | J | A | |
| 20. NYC Municipal Bond (Water) | A | Interest | K | T | | | | | |
| 21. John Nuveen Municipal Bond Fund (Select) | B | Distribution | K | T | | | | | |
| 22. Blackrock Municipal Bond Fund | B | Distribution | K | T | | | | | |
| 23. Muniyield Municipal Bond Fund | B | Dividend | K | T | | | | | |
| 24. NYC Metropolitan Transit Municipal Bond (Series D) | C | Interest | L | T | | | | | |
| 25. Comcast A Common Stock | | None | K | T | | | | | |
| 26. Time Warner Common Stock (AOL) | | None | J | T | | | | | |
| 27. AT&T | A | Dividend | K | T | Partial sale | 04/25 | J | A | |
| 28. Cablevision Systems Common Stock | | None | L | T | Partial sale | 04/25 | K | A | |
| 29. Alfacell Common Stock | | None | | | Sale | 02/28 | J | A | |
| 30. G.E. Common Stock | A | Dividend | J | T | Partial sale | 04/25 | J | A | |
| 31. Liberty Media Common Stock | | None | K | T | Partial sale | 11/18 | J | A | |
| 32. Liberty Satellite Common Stock (TCI) | | None | | | Sale | 11/18 | J | A | |
| 33. Lucent Technologies Common Stock | | None | J | T | Partial sale | 04/25 | J | A | |
| 34. Microsoft Common Stock | | None | J | T | | | | | |
| 35. Wesco Common Stock | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | | | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 6/9/2004 |

## VII.  INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 36.  American Express Common Stock | | None | J | T | | | | | |
| 37.  Medizone Common Stock | | None | | | Sale | 02/28 | J | A | |
| 38.  Compaq Computer Common Stock | | None | | | Sale | 06/03 | J | A | See Note 2) in<br>Part VIII |
| 39.  Teleport Common Stock | | None | | | Exchange | 07/21 | J | A | See Note 3) in<br>Part VIII |
| 40.  AT&T Exchange Common Stock (EIF) | | None | K | T | | | | | |
| 41.  Ebay Inc. Common Stock | | None | K | T | | | | | |
| 42.  Cisco Systems Common Stock | | None | | | Sale | 04/25 | J | A | |
| 43.  Bell Atlantic Common Stock (Verizon) | A | Dividend | J | T | | | | | |
| 44.  Mobil Common Stock (Exxon) | A | Dividend | J | T | | | | | |
| 45.  Merrill Lynch Fund | B | Dividend | J | T | | | | | |
| 46.  Mellon Corp. Notes | | None | | | Redeemed | 06/01 | J | A | See Note 4) in<br>Part VIII |
| 47.  CMA Tax Exempt Fund | C | Interest | N | T | | | | | |
| 48.  John Nuveen Common Stock Fund (Class A) | B | Dividend | K | T | | | | | |
| 49.  Scarsdale, NY Municipal Bond | A | Interest | K | W | | | | | |
| 50.  Westchester, NY Municipal Bond (Westchester<br>County) | C | Interest | L | W | | | | | |
| 51.  Rye City, NY Municipal Bond | A | Interest | L | W | | | | | |
| 52.  MAC Municipal Bond | C | Interest | L | W | Partial Sale | 07/01 | K | A | |
| 53.  Avaya Common Stock | | None | | | Sale | 02/28 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M | 6/9/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. Nokia Common Stock | A | Dividend | | | Sale | 04/25 | J | A | |
| 55. Yahoo Common Stock | | None | | | Sale | 04/25 | J | A | |
| 56. NYS Mtg Agency (& Dormitory) | D | Interest | M | W | Partial Sale | 07/09 | K | A | |
| 57. NYC (NHA) Municipal Bond (Port Authority of NY and NJ) | | None | L | W | | | | | |
| 58. NYS Power Authority | C | Interest | L | W | Partial Sale | 01/01 | J | A | |
| 59. AT&T Wireless | | None | J | W | | | | | |
| 60. Agere Systems | | None | | | Sale | 02/28 | J | A | See Note 5) in Part VIII |
| 61. New York, NY Municipal Bond (Series E) | A | Interest | | | Sale | 05/15 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1} Any interest in Limited Partnerships #2, 7, 8 & 9 were written off as inactive and valueless by my accountant prior to 2001 and were inadvertently included in prior reports.

2) The sale occurred on 06/03/1999 and Compaq Common Stock has inadvertently been listed in subsequent reports.

3) The exchange occurred on 07/21/1998 for (94) AT&T shares reflected in part of VII, line 27 and Teleport Common Stock has inadvertently been listed in subsequent reports.

4) The redemption occurred on 06/01/2001 and Mellon Corp. Notes were inadvertently listed in subsequent reports.

5) Acquired as spinoff on 01/02/2001.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date __June 14, 2014__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544